**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| JEANNE BURLSWORTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-258 (SWW) |
| | ) | |
| ERIC HOLDER, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Attorney General

Eric H. Holder, the United States Department of Health and Human Services, Secretary of

Health Human Services Kathleen G. Sebelius, the United States Department of the Treasury,

Secretary of Treasury Timothy F. Geithner, the United States Department of Labor, and

Secretary of Labor Hilda L. Solis respectfully move the Court to dismiss this action.  The

accompanying memorandum sets forth the grounds for this motion.


Dated:  August 3, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JANE DUKE
United States Attorney

SHEILA M. LIEBER
Deputy Director, Federal Programs
Branch, Civil Division

   /s/ Justin M. Sandberg___

1

2

JUSTIN M. SANDBERG
(Ill. Bar No. 6278377)
Trial Attorney
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
20 Mass. Ave., NW, Rm. 7302
Washington, DC 20001
(202) 514-5838 phone
(202) 616-8202 fax
justin.sandberg@usdoj.gov

<u>Attorneys for Defendants</u>

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| JEANNE BURLSWORTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-258 (SWW) |
| | ) | |
| ERIC HOLDER, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2010, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

> Chris H. Stewart
> Stewart Law Firm
> Post Office Box 3422
> Little Rock, AR 72201
> 501-687-1397
> Email: arklaw@sbcglobal.net

>    /s/ Justin M. Sandberg
> JUSTIN M. SANDBERG
> (Ill. Bar No. 6278377)
> Trial Attorney
> U.S. Dept. of Justice, Civil Division,
> Federal Programs Branch
> 20 Mass. Ave., NW, Rm. 7302
> Washington, DC 20001
> (202) 514-5838 phone
> (202) 616-8202 fax
> justin.sandberg@usdoj.gov
> Attorney for Defendants

3