IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEANNIE BURLSWORTH, and <br> TODD SHARP, on behalf of themselves <br> and others similarly situated, <br> <br> Plaintiffs, <br> vs. <br> <br> ERIC H. HOLDER, JR., in his official <br> capacity as Attorney General of the United <br> States; UNITED STATES DEPARTMENT <br> OF HEALTH AND HUMAN SERVICES; <br> KATHLEEN SEBELIUS, in her official <br> capacity as the Secretary of the United States <br> Department of Health and Human Services; <br> UNITED STATES DEPARTMENT OF THE <br> TREASURY; TIMOTHY F. GEITHNER, in <br> his official capacity as the Secretary of the <br> United States Department of the Treasury; <br> UNITED STATES DEPARTMENT OF <br> LABOR; and HILDA L. SOLIS, in her <br> official capacity as Secretary of the United <br> States Department of Labor, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 4:10cv0258 SWW |

ORDER

Plaintiffs' unopposed motion [doc.#7] for an extension of until and including September 10, 2010, in which to file a response to defendants' motion to dismiss is hereby granted.

IT IS SO ORDERED this 6th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE