IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEANNIE BURLSWORTH, and<br>TODD SHARP, on behalf of themselves<br>and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br><br>ERIC H. HOLDER, JR., in his official<br>capacity as Attorney General of the United<br>States; UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES;<br>KATHLEEN SEBELIUS, in her official<br>capacity as the Secretary of the United States<br>Department of Health and Human Services;<br>UNITED STATES DEPARTMENT OF THE<br>TREASURY; TIMOTHY F. GEITHNER, in<br>his official capacity as the Secretary of the<br>United States Department of the Treasury;<br>UNITED STATES DEPARTMENT OF<br>LABOR; and HILDA L. SOLIS, in her<br>official capacity as Secretary of the United<br>States Department of Labor,<br><br>　　　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 4:10cv0258 SWW |

## ORDER

Plaintiffs' unopposed motion [doc.#12] to dismiss this action without prejudice is hereby granted.

IT IS SO ORDERED this 8th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE